16

From: The District Court of the Seventeenth Judicial District. County of Valley.

STATE OF MONTANA, Plaintiff, vs. FRANCIS J. LEWIS, Defendant.

Received at State Prison 9/2/67—Burglary, 1st, 7½ years.

NO. 46

## DECISION

The application of the above-named defendant for a review of the sentence of 7½ years, imposed on September 1, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is this prisoner has a long record of difficulties with the law which includes three felony convictions and three State Prison incarcerations. Now serving 7½ years, he will be considered for parole in the month of December, 1968. It is the opinion of the Board that this date should not be advanced.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. RAMONA LUCERO, Defendant.

Received at State Prison 12/14/67—Manslaughter—6 years.

NO. 48

## DECISION

The application of the above-named defendant for a review of the sentence of 6 years, imposed on December 11, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that careful consideration of the offense here indicates that the prisoner was treated most leniently by the Court, and that the sentence should not be shortened.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.